IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| TERRENCE ONEIL THOMAS FRAZIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAVIS COX; GEORGIA RICHEY; )<br>HARRY V. IRICK; AND LISA E. )<br>PHILLIPS, )<br>)<br>Defendants. )<br>_____) | C/A No.: 0:14-cv-03068-TLW-PJG<br><br><br><br>**ORDER** |

The plaintiff, Terrence Oneil Thomas Frazier, proceeding pro se and *in forma pauperis*, brings this action alleging violations of his constitutional rights under 42 U.S.C. § 1983. (Doc. #1). This matter is before the Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Paige J. Gossett, to whom this case was previously assigned. (Doc. #18). In the Report, the Magistrate Judge recommends summary dismissal of the Complaint as to Defendant Lisa E. Phillips. Objections were due by September 11, 2014. No objections were filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, (Doc. # 18), is **ACCEPTED**. The Complaint is summarily dismissed without prejudice and without issuance and service of process as to Defendant Lisa E. Phillips.

**IT IS SO ORDERED.**

s/Terry L. Wooten
Chief United States District Judge

September 23, 2014
Columbia, South Carolina