IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Terrence Oneil Thomas Frazier, | ) | C/A No.: 0:14-cv-03068-TLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Travis Cox; Georgia Richey; and Harry V. Irick, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    The plaintiff, Terrence Oneil Thomas Frazier, proceeding pro se and *in forma pauperis*, brings this action alleging violations of his constitutional rights under 42 U.S.C. § 1983. (ECF No. 1). Defendants filed a motion for summary judgment as to all claims against them on December 31, 2014. (ECF No. 39). This matter is before the Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Paige J. Gossett, to whom this case was previously assigned. (ECF No. 50). In the Report, the Magistrate Judge recommends that the Court grant the Defendants' motion for summary judgment. (ECF No. 39). Objections were due by June 8, 2015. No objections were filed.

    This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not

1

required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation (ECF No. 50) is **ACCEPTED**. The Defendants' motion for summary judgment (ECF No. 39) is **GRANTED**.

**IT IS SO ORDERED.**

s/Terry L. Wooten<br>
Chief United States District Judge

June 10, 2015
Columbia, South Carolina